LYNN PINKER HURST SCHWEGMANN

MARY GOODRICH NIX
*Partner*

D 214 981 3821
F 214 981 3839
mnix@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

April 10, 2025

**VIA ELECTRONIC FILING**
Hon. Jane J. Boyle
1100 Commerce Street, Room 1520
Dallas, Texas 75242

Re: *Dickey's Barbecue Restaurants, Inc. et al. v. American Arbitration Association, Inc., et al.*, Cause No. DC-25-04677, United States District Court for the Northern District of Texas, Dallas Division.

Dear Judge Boyle:

My firm represents Plaintiffs Dickey's Barbecue Restaurants, Inc., Roland Dickey, Jr., Jeffrey Gruber, and Deborah Longworth (altogether, "Plaintiffs") in the above-referenced matter. In response to this Court's Order that Defendant G Six Consulting, LLC ("Defendant") show cause regarding this Court's subject-matter jurisdiction, Defendant asserts that the Court has federal diversity jurisdiction based on complete diversity of citizenship amongst the parties. However, as the party seeking removal, it was Defendant's burden to also establish that the amount in controversy exceeds the jurisdictional threshold. Defendant failed to meet that burden by omitting any discussion of the amount in controversy altogether.

While Plaintiffs do not believe a response is necessary given Defendant's failure to satisfy this fundamental requirement, Plaintiffs can file a brief response of no more than five pages to assist the Court in analyzing diversity jurisdiction within 24 hours of the Court's request for such briefing.

Respectfully,

Mary Nix

Mary Goodrich Nix